L.B.F. 2016-4

## STATEMENT OF PRO SE DEBTOR

Debtor's Name  Jacueline Taylor-Adams     Case No. _____

Address  5211 Arlington St                 Chapter of Case _____

Telephone Number (home) (267)776-4584    Date Case Filed _____

Telephone Number (work) (605)233-6563

1. List the name, address, and telephone number of any person or business assisting you in filing or preparing papers for this case:

    ~~Brandon Perloff, Attorney at Law~~   N/A

    _____

    _____

2. State how you were referred to the person or business named above or the source of advertisement you responded to.

    Did work for my neighbor _____

3. a. Total fee charged by person or business named above  $ _____

   b. Amount of fee paid as of the date you filed bankruptcy $ _____

   c. Did the preparer tell you the amount of court costs that must be paid to file your case?
      (YES)    NO   (circle one)

4. Were various chapters or types of bankruptcy explained to you?
      (YES)    NO   (circle one)

   Other Comments _____

5. Did the preparer explain to you that you have the right to claim certain property as exempt?
      (YES)    NO   (circle one)

FILED
2022 JUN -6 PM 4:15
U.S. BANKRUPTCY COURT

6. Did the preparer give you a copy of the papers he prepared for you?

YES      NO    (circle one)

Date: 6/6/2022            _____