**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter |
| Jacqueline Taylor-Adams dba Master Griot Publishing, Inc | : | |
| | : | |
| Debtor | : | Bankruptcy No.   22-11468-elf |

ORDER

AND NOW, it is **ORDERED** that since the debtor(s) have failed to timely file the documents required by the order dated 6/7/2022, this case is hereby **DISMISSED**.

Date:  6/27/22

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

Missing Documents:   Matrix
Chapter 13 Income Form 122C-1
Chapter 13 Plan
Certification Concerning Credit Counsel and/or
Certificate of Credit Counseling
Schedules A/B-J
Statement of Financial Affairs
Summary of Assets & Liabilities B106
Chapter 13 Income Form 122C-1
Means Test Calculation 122C-2

bfmisdoc elf (1/22/15)